BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2781
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR. S-12-0140 LKK |
| | ) |
| Plaintiff, | ) **ORDER CONTINUING STATUS** |
| | ) **CONFERENCE** |
| v. | ) |
| | ) |
| | ) |
| BRYCE WAYNE NICHOLES | ) |
| | ) |
| Defendant | ) |
| | ) |

**ORDER**

This matter came before the Court for status conference on Tuesday April 24, 2012.  At that time, based upon the representations and agreement of all counsel, the Court ordered that the status conference set for April 24, 2012, at 9:15 a.m., be continued to Tuesday, May 8, 2012, at 9:15 a.m., and that the time beginning April 24, 2012, and extending through May 8, 2012, was excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7).

///

1

1  The exclusion of time is appropriate due to the defense counsels'
2  need to prepare.  18 U.S.C. § 3161(h)(7)(B)(ii) and (iv); Local Code
3  T4.  Finally, the parties agreed that the ends of justice served by
4  granting the defendant's request for a continuance outweigh the best
5  interest of the public and the defendant in a speedy trial.
6      ACCORDINGLY, it is hereby ordered that the status conference
7  set for April 24, 2012, at 9:15 a.m., be continued to Tuesday, May 8,
8  2012, at 9:15 a.m., and that the time beginning April 24, 2012, and
9  extending through May 8, 2012, be excluded from the calculation of
10 time under the Speedy Trial Act.  The Court finds that the interests
11 of justice served by granting this continuance outweigh the best
12 interests of the public and the defendant in a speedy trial.  18
13 U.S.C. § 3161(h)(8)(A).

15     IT IS SO ORDERED.

17 Dated:  April 24, 2012

   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT

2