1    Philip Cozens, State Bar Number 84051
2    Attorney at Law
3    1007 Seventh Street, Suite 500
4    Sacramento, CA  95814
5
6    Telephone: (916) 443-1504
7    Fax: (916) 443-1511
8    Email: pcozens@aol.com
9
10   Attorney for Defendant Bryce Nicholes
11
12
13
14
15
16
17
18                    IN THE UNITED STATES DISTRICT COURT
19
20                 FOR THE EASTERN DISTRICT OF CALIFORNIA
21
22   UNITED STATES OF AMERICA,        )       Case No. 2:12-CR--00140 LKK
23                                    )
24            Plaintiff,              )       STIPULATION FOR WITHDRAWAL OF
25                                    )       MOTION TO SUPPRESS EVIDENCE
26            v.                      )       PURSUANT TO RULE 12 AND TO
27                                    )       ADVANCE THE CASE FOR CHANGE
28   BRYCE NICHOLES,                  )       OF PLEA
29                                    )
30            Defendant.              )
31   _____)
32

33          It is stipulated between the United States Attorney's Office for the Eastern District of

34   California by Jill Thomas Hitt, Esq. and Defendant Bryce Nicholes through his attorney Philip

35   Cozens, that:

36          Defendant Nicholes will withdraw his Motion to Suppress Evidence Pursuant to Rule 12;

37   and

38          That the court may place this case on calendar for a status conference and change of plea

39   on July 17, 2012 at 9:15 a.m. in Judge Karlton's Court.  Time should be excluded for defense

40   attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's

1    and the public's interest in a speedy trial.  Time should be excluded from speedy trial

2    calculations from June 4, 2012 through and including July 17, 2012.

3              It is so stipulated.

4    Dated: June 28, 2012                    /s/ Jill Thomas, Esq.

5                                            Jill Thomas, Esq.

6                                            Assistant United States Attorney

7                                            Eastern District of California

8

9                                            /s/ Philip Cozens

10                                           Philip Cozens

11                                           Attorney for Defendant Bryce Nicholes

12                                **ORDER**

13             The court, having read and considered the above-stipulation and finding good cause

14   therefore, orders that Defendant Nicholes' Motion to Suppress Evidence Pursuant to Rule 12 be

15   withdrawn and that the case be scheduled for  Status Conference for July 17, 2012 at 9:15 a.m. in

16   Judge Karlton's Court for entry of plea.   Time is excluded for defense attorney preparation

17   pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and

18   the public's interest in a speedy trial.  Time is excluded from speedy trial calculations from June

19   4, 2012 through and including July 17, 2012.

20   Dated:  July 13, 2012

21

22                                           LAWRENCE K. KARLTON
                                             SENIOR JUDGE
23                                           UNITED STATES DISTRICT COURT

24

25

STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE      -2-